<u>ATTACHMENT A</u>
**(Description of Device to Be Searched – "Subject Device")**

This warrant applies to one (1) "Subject Device" listed below, which was seized by law enforcement on June 4, 2025, and is currently at the ATF Lansing Satellite Office in Lansing, Michigan:

a. One gray/silver iPhone with a black cracked screen belonging to Julian Douglas ("Subject Device").